Look at that. Oh my god. It's so young and I don't understand it. What is that? I'm, uh, said to borrow some of your context. Uh, yes. How would a paintbox accomplish your best teachings? Well, first, a brush and a paintbrush help you to imagine what would be like to run a spectacle they saw, debris and dust, what would be like to run between them. What would it look like? It was beautiful. I'm going to have to cut through.